Terence Keith JOHNSON, Plaintiff—Appellant,

v.

SUNTRUST BANK, Defendant—Appellee.

Terence Keith Johnson, Plaintiff—Appellant,

v.

Carsey–Werner Productions, Incorporated; Carsey–Werner Distribution, Incorporated; William Cosby, "Bill"; National Broadcasting Company, Incorporated; Jefferson–Pilot Communications Company, WWBT TV–12, Defendants—Appellees.

Terence Keith Johnson, Plaintiff—Appellant,

v.

Wal–Mart Corporation, Defendant—Appellee.

Terence Keith Johnson, Plaintiff—Appellant,

v.

Edmund Creekmoore, Doctor, Defendant—Appellee.

Terence Keith Johnson, Plaintiff—Appellant,

v.

Suntrust Bank; Suntrust Mortgage Incorporated; Spotts Faine, P.C.; Benjamin Dorsey, J.D., at Spotts Faine, P.C., Defendants—Appellees.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

Thomas V. Warren, Judge; Com-
monwealth of Virginia, De-
fendants—Appellees.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

Beth Groff, Counselor, Department
of Rehabilitative Services,
Defendant—Appellee.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

Commonwealth of Virginia; City of Pe-
tersburg; Lucretia A. Carrico, Judge;
Donna Dillard; Terri Newman; Pe-
tersburg Police Department; Flossie
Ridley; William Parham; Poplar
Springs Hospital; Southside Regional
Medical Center; Unknown Conspira-
tor; Rachel Johnson, Deceased;
James Johnson; Central State Hospi-
tal; City of Petersburg, Virginia Sher-
iff; District 19 Community Services
Board; Asaad Masri, Doctor; Dr.;
Deborah Higginbotham, LCSW; Mar-
sha Andrews, Counselor; Delano Par-
ham; Calvin H. Thigpen, J.D., M.D.;
City of Richmond Police Department;
Richmond Behavior; Infineon Tech-
nologies; Robert Klein; In Klein,
Judge; Portsmouth Police Depart-
ment, Defendants—Appellees.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

United States of America, United
States Embassy, Senegal,
Defendant—Appellee.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

Commonwealth of Virginia; The City of
Colonial Heights, Virginia; City of
Colonial Heights Police Department;
Riverside Regional Jail, Defendants—
Appellees.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

Southside Regional Medical Center,
Defendant—Appellee.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

Calvin H. Thigpen, Defendant—
Appellee.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

Hoffman Communications, Incorporat-
ed, WROU 1240 AM "Talk Back
Live", Defendant—Appellee.

Terence Keith Johnson, Plaintiff—
Appellant,

v.

Haulers Insurance Company, Incorpo-
rated; Patrick Wolford; Colonial
Heights Police Department; Com-
monwealth of Virginia, Defendants—
Appellees.

Nos. 06–2310, 07–1034, 07–1061, 07–1068,
07–1078, 07–1085, 07–1087 to 07–
1089, 07–1092 to 07–1096.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 6, 2007.

Terence Keith Johnson, Appellant Pro Se. Margaret Frances Hardy, Sands, Anderson, Marks & Miller, Richmond, Virginia, for Appellee Edmund Creekmoore.

Before MOTZ, TRAXLER,* and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Terence Keith Johnson seeks to appeal the district court's orders dismissing as frivolous his civil complaints raising a host of claims against numerous defendants. We have reviewed the record and find no reversible error. Accordingly, although we grant Johnson's motions to amend his informal briefs, we deny his motion to file an amended complaint in No. 06–2310 and affirm for the reasons stated by the district court. *Johnson v. SunTrust Bank,* Nos. 3:06–cv–00748–HEH; 3:07–cv–00001–JRS (E.D.Va. Dec. 8, 2006 & Jan. 8, 2007); *Johnson v. Carsey–Warner Prod.,* No. 3:07–cv–00004 (E.D.Va. Jan. 8, 2007); *Johnson v. Wal–Mart, Inc.,* No. 3:06–cv–00804–JRS (E.D.Va. Jan. 5, 2007); *Johnson v. Creekmoore,* No. 3:06–cv–00811–JRS (E.D.Va. Jan. 5, 2007); *Johnson v.*

*Warren,* No. 3:07–cv–00003–JRS (E.D.Va. Jan. 8, 2007); *Johnson v. Groff,* No. 3:06–cv–00826–JRS (E.D.Va. Jan. 5, 2007); *Johnson v. Commonwealth of Va.,* Nos. 3:06–cv00846–JRS & 3:06–cv–00805–JRS (E.D. Va. Jan. 5 & 8, 2007); *Johnson v. United States,* No. 3:06–cv–00866–JRS (E.D.Va. Jan. 9, 2007); *Johnson v. Southside Reg'l Med. Ctr.,* No. 3:06–cv–00816–JRS (E.D.Va. Jan. 5, 2007); *Johnson v. Thigpen,* No. 3:06–cv–00827–JRS (E.D.Va. Dec. 20, 2006); *Johnson v. Hoffman Commc'ns, Inc.,* No. 3:06–cv–00847–JRS (E.D.Va. Jan. 8, 2007); *Johnson v. Haulers Ins. Co.,* No. 3:06–cv–00867–JRS (E.D.Va. Jan. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*